IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0151-WYD-MEH

DEE CONTRERAS, as conservator and next friend of Timothy Dodge, Jr.,

Plaintiff,

vs.

TEMBER RECTOR, individually and in her official capacity as foster care agent;
MICHELLE TURSKA, individually and in her official capacity as placement advisor for Maple Star Colorado;
DEBBIE A GREBNICK, individually and in her official capacity as placement advisor for Maple Star Colorado;
UNKNOWN EMPLOYEES OF MAPLE STAR COLORADO, individually and in their official capacity;
MAPLE STAR COLORADO, a Colorado corporation;
UNKNOWN EMPLOYEES OF ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES, individually and in their official capacity;
DONALD CASSATA, Director, Adams County Social Services;
ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES; and
BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO.

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 3, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Stipulated Protective Order [Filed March 31, 2006; Docket #48] is **granted**. The Court will sign the Protective Order and enter it on the record.