IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00151-WYD-MEH

DEE CONTRERAS, as conservator and next friend of Timothy Dodge, Jr.,

Plaintiff,

vs.

TEMBER RECTOR, individually and in her official capacity as foster care agent;
MICHELLE TURSKA, individually and in her official capacity as placement advisor for Maple Star Colorado;
DEBBIE A GREBNICK, individually and in her official capacity as placement advisor for Maple Star Colorado;
UNKNOWN EMPLOYEES OF MAPLE STAR COLORADO, individually and in their official capacity;
MAPLE STAR COLORADO, a Colorado corporation;
UNKNOWN EMPLOYEES OF ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES, individually and in their official capacity;
DONALD CASSATA, Director, Adams County Social Services;
ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES; and
BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO.

Defendants.
_____

## PROTECTIVE ORDER
_____

The Court being advised of the confidential nature of records and information concerning minor children, Timothy and Serenity Dodge, which will be produced in discovery in this case, enters the following Order:

A.  At the time the records were created by Adams County Social Services, Maple Star Colorado and Tember Rector and their medical and therapeutic providers Timothy and Serenity Dodge had a statutory and common law expectation of privacy in these records, and that these records would remain confidential.  It is likely that public disclosure of this information

would result in damage, embarrassment and annoyance to Timothy and Serenity Dodge and their foster parents.

  B. The Court is required to balance considerations of the confidentiality of the records and information with the purposes of pre-trial discovery which includes elimination of surprise at trial, discovery of relevant evidence, simplification of issues, and the promotion of expeditious settlement of cases.

  C. Based upon a balancing of the interests as set forth above, the Court finds it appropriate to enter a protective order pursuant to Fed.R.Civ.P. Rule 26(c), and the court finds that entry of this Protective Order will protect the confidentiality of the records and information while meeting the purpose of the discovery rules.

  D. This Order applies to:

  1. All records, information and testimony from the Adams County Department of Social Services and its employees;

  2. All records, information and testimony from the Maple Star Colorado and its employees;

  3. All records, information and testimony from Tember Rector;

  4. The trial Transcript from the trial in Case No. 03JV762;

  5. All reports issued by medical providers and mental health providers;

  6. All records and information from the dependency and neglect proceedings concerning these children;

These records and any other records and information not specifically detailed concerning these children shall be treated as confidential and used by the parties and attorneys in this case only to defend and prosecute this action.

E.        Access to and disclosure of confidential information shall be limited to attorneys and parties of this case, members of the attorneys' staff assisting in preparation of this case, experts who are retained by the parties or their attorneys to consult or give testimony relative to this case, claims adjusters involved in adjusting losses involved in this case, and witnesses in this case whose depositions are taken or who testify at trial.

F.        Each party and their counsel shall notify all persons who receive disclosure of confidential information in writing of this Court's protective order and shall obtain from each person a written acknowledgment of notice of this Court's order, willingness to be bound to this Court's order regarding confidentiality, and acknowledgment that they will be subject to this Court's jurisdiction for the purpose of enforcement of this Protective Order.

G.        At the conclusion of these proceedings, all confidential information shall be returned to the party or that party's counsel from which the information was obtained, together with all copies made.

All counsel and parties have expressed their agreement with the foregoing Protective Order and will abide by this Court's Protective Order in letter and in spirit.

Dated at Denver, Colorado this 3rd day of April, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge