IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00151-WYD-OES

DEE CONTRERAS, as conservator and next friend of Timothy Dodge, Jr.,

    Plaintiff,

v.

TEMBER RECTOR, individually and in her official capacity as foster care agent;
MAPLE STAR COLORADO, a Colorado corporation;
DONALD CASSATA, Director, Adams County Social Services;
ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES; and
BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    THIS MATTER comes before the Court on Defendant Maple Star Colorado's Unopposed Motion for Leave to File Designation of Nonparty at Fault Pursuant to C.R.S. § 13-21-1115(3)(b) (filed June 27, 2006).  Based upon the parties' agreement and the entire record herein, Defendant Maple Star Colorado's Unopposed Motion for Leave to File a Designation of Nonparty at Fault is **GRANTED**.  Defendant Maple Star Colorado's Designation of Nonparty at Fault attached to the motion is accepted for filing.

    Dated:  June 27, 2006