IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00151-WYD-MEH

DEE CONTRERAS, as conservator and next friend of Timothy Dodge, Jr.,

    Plaintiff,
vs.

TEMBER RECTOR, individually and in her official capacity as foster care agent;
MICHELLE TURSKA, individually and in her official capacity as placement advisor for Maple Star Colorado;
DEBBIE A GREBNICK, individually and in her official capacity as placement advisor for Maple Star Colorado;
UNKNOWN EMPLOYEES OF MAPLE STAR COLORADO, individually and in their official capacity;
MAPLE STAR COLORADO, a Colorado corporation;
UNKNOWN EMPLOYEES OF ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES, individually and in their official capacity;
DONALD CASSATA, Director, Adams County Social Services;
ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES; and
BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO.

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 18, 2006.**

Defendant Rector's Unopposed Amended Motion to Modify Protective Order [Filed September 15, 2006; Docket #91] is **granted**. The Protective Order entered in this case on April 3, 2006, (Docket #52) is modified as follows:

> Defendant Rector and her counsel are allowed to use the medical records of Timothy Dodge, Jr., in her criminal appeal, for other related post-conviction proceedings, and as needed in the representation of Ms. Rector in the criminal matter, provided that Defendant Rector's criminal counsel otherwise complies with the Protective Order in this case and, when applicable, moves for the sealing of such records in the criminal appellate process.

The previous motions filed regarding this matter, Defendant Rector's Motion to Modify Protective Order [Filed August 28, 2006; Docket #73] and Defendant Rector's second Motion to Modify Protective Order [Filed August 31, 2006; Docket 79], are **denied** as moot.