IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00151-WYD-OES

DEE CONTRERAS, as conservator and next friend of Timothy Dodge, Jr.,

    Plaintiff,

v.

TEMBER RECTOR, individually and in her official capacity as foster care agent;
MAPLE STAR COLORADO, a Colorado corporation;
DONALD CASSATA, Director, Adams County Social Services;
ADAMS COUNTY DEPARTMENT OF SOCIAL SERVICES; and
BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed February 28, 2007).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

    ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

    Dated:  March 1, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge